IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHEILA D. MITCHELL,**

    Plaintiff,

  vs.                                    Civil Action 2:08-CV-601
                                          Judge Frost
                                          Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

On August 24, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be remanded to the Commissioner for the consideration of new and material evidence. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **REMANDED** to the Commissioner of Social Security for the consideration of new and material evidence.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                   /s/ Gregory L. Frost
                                                      Gregory L. Frost
                                         United States District Judge